UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GENERAL ELECTRIC CAPITAL CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:10CV1559 HEA |
| | ) | |
| DTS TRUCK DIVISION COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# **OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on Atec Liquidations, Inc.'s, (Receiver for DTS Truck Division Company, Distribution Transportation Services Company and Centerline Leasing Company), Supplemental Report and Renewed Request for Approval of Receiver's Report and Discharge of Receiver, [Doc. No. 89]. Plaintiff has filed its response stating that it has no objection to the Supplemental Report and requests that the Supplemental Report be approved by the Curt and that the Receiver be discharged. People's United Equipment Finance Corp. f/k/a Financial Federal Credit, Inc., (FFC), has filed its response stating that it agrees with the Receiver's Supplemental Report that the balance of the funds held by Receiver remaining after the payment set out in the Supplemental Report to Receiver and his counsel should be distributed to FFCI.

There being no objections to the Receiver's Supplemental Report and Renewed Request for Approval of Receiver's Report and Discharge of Receiver,

the Court approves the Receiver's Report and Orders the Receiver to disburse the funds for the Receiver and his counsel and distribute the remaining funds to FFCI. Upon the said payments and distributions, the Receiver is discharged without further order of Court.

Accordingly,

**IT IS HEREBY ORDERED** that the Receiver's Report, as amended, is approved.

**IT IS FURTHER ORDERED** that the Receiver shall disburse $8,500 to itself and $3,038.47, plus an additional amount for legal fees incurred after July 1, 2013, estimated to be less than $500.00 to Jenkins & Kling, PC

**IT IS FURTHER ORDERED** that the Receiver shall remit the balance of the liquidation proceeds held by Receiver to FFCI.

**IT IS FURTHER ORDERED** that upon the said disbursements and remittance, the Receiver is discharged from further duties in this case.

**IT IS FURTHER ORDERED** that this case is dismissed.

Dated this 12th day of August, 2013.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE